IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RODNEY GRAY**  **PETITIONER**

**VERSUS**  **CIVIL ACTION NO.  4:04cv234-LG**

**CHRISTOPHER EPPS, Commissioner of
MDOC, LAWRENCE Kelly, Superintendent
of MSP, and JIM HOOD, Mississippi
Attorney General**  **RESPONDENTS**

## FINAL JUDGMENT OF DISMISSAL

This matter having come on to be heard on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, the Court, after review and consideration of the Petition, the record, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus [9] is denied and this cause is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of October, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE